Kenneth M. Seeger (State Bar No. 135862)
Brian J. Devine (State Bar No. 215198)
SEEGER • SALVAS LLP
455 Market Street, Suite 1530
San Francisco, CA  94105

Telephone:   (415) 981-9260
Facsimile:    (415) 981-9266

Attorneys for Plaintiffs James Johnson and Sandra Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHNSON, in his individual capacity and as Executor of the Estate of Mark James Johnson, deceased, and SANDRA JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>EON LABS, INC., and DOES 1 to 20, inclusive.<br><br>Defendants. | No. C 06-05769 SC ENE<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING ADR DEADLINE** |

The current deadline to complete the Early Neutral Evaluation in this case is on April 4, 2007.  The parties are still conducting initial discovery, including obtaining copies of the medical records related to the decedent, Mark Johnson, from third parties.  Both Plaintiffs and Defendant agree that the Early Neutral Evaluation will be more productive after the parties have had the opportunity to review the preliminary documents in this case, including decedent's medical records.

On March 14, 2007, the parties participated in an initial call with Mr. Robert Luft, the Court-appointed Neutral.  Mr. Luft stated that he agreed with the parties' proposal to extend

the deadline to complete the ENE by two months in order to gather the information and documents necessary to make the ENE more productive.

For these reasons, the parties jointly request that this Court extend the deadline to complete the Early Neutral Evaluation by sixty days to June 4, 2007.

DATED: March 14, 2007.    SEEGER • SALVAS LLP

By ___/s/ Brian J. Devine___
Brian J. Devine
Attorneys for Plaintiffs James and Sandra Johnson

DATED: March 14, 2007.    REED SMITH LLP

By ___/s/ Steven J. Boranian___
Steven J. Boranian
Attorneys for Defendant Eon Labs, Inc.

**ORDER**

IT IS HEREBY ORDERED that the deadline to complete the Early Neutral Evaluation in this case is extended to June 4, 2007.

By _____
Hon.
Dist

*IT IS SO ORDERED*
*Judge Samuel Conti*

- 2 -

Stipulation and Order Extending ADR Deadline – **No. C 06-05769 SC ENE**