Steven J. Boranian (SBN 174183)
Molly A. Taylor (SBN 245985)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
Telephone:     415.543.8700
Facsimile:     415.391.8269
Email: sboranian@reedsmith.com
       mataylor@reedsmith.com

Attorneys for Defendant
Eon Labs, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHNSON, in his individual capacity and as Executor of the Estate of Mark James Johnson, deceased, and SANDRA JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>EON LABS, INC., and DOES 1 to 20, inclusive,<br><br>Defendant. | No.: C 06-05769 SC<br><br>STIPULATION AND [PROPOSED] ORDER PERMITTING RELEASE OF PATHOLOGY EVIDENCE<br><br>Honorable Samuel Conti<br>Complaint Filed:    Aug. 23, 2006<br>Trial Date:         Nov. 19, 2007 |

Plaintiffs James and Sandra Johnson and defendant Eon Labs, Inc. ("Eon"), through their respective undersigned counsel, stipulate and agree as follows:

Upon request by Reed Smith LLP ("Reed Smith"), counsel of record for Eon, the Custodian of Pathology of the following institution is authorized to release and transfer in the manner described in Paragraph 4, below, any and all pathology slides of the plaintiffs' deceased son, Mark James Johnson, as identified in the following Pathology Report (copy attached).

1. Exhibit A: University of California San Francisco, 505 Parnassus Avenue, M-551, San Francisco, CA 94143-0102,   REDACTED

(Autopsy Report attached as Exhibit A).

2. University of California San Francisco is authorized to prepare up to five (5) additional slides ("new slides") from the tissue blocks prepared after surgery, autopsy, biopsy, or other procedure. University of California San Francisco is permitted to prepare such slides only if, after such slides are prepared, there remains enough tissue to prepare at least twenty (20) additional slides from the same block. Upon request by Reed Smith, the Custodian of Pathology is authorized to release and transfer the new slides in the manner described in Paragraph 4, below.

3. After obtaining custody of the new slides, Reed Smith, or its designated representative, shall be permitted to retain custody of the new slides. If necessary, Reed Smith will designate an individual to receive and review the new slides on behalf of Eon. The identity and address of any such individual shall be subject to the confidentiality provision of Paragraph 5, below.

4. The new slides shall be transferred from the Custodian of Pathology to Reed Smith, or its designated representative, by either of the following methods:

    a. They may be mailed by registered or certified mail directly to an individual designated in accordance with Paragraph 3 (above); or

    b. They may be transferred to Reed Smith, or to its designated representative(s).

5. <u>Confidentiality</u>. If an individual is designated by Reed Smith to receive and review the new slides referred to in Paragraphs 1 and 2 on its behalf, and the name and address of that individual is disclosed to the appropriate Custodian of Pathology to permit the mailing of the

slides in accordance with Paragraph 4(a), the name and address of the designated individual shall be held in strict confidence by the Custodian of Pathology and shall not be disclosed to any other party, or its attorneys or representative(s).

The parties reserve the right to seek amendment to this Stipulation and Order if for any reason the University of California San Francisco is unable to comply with the terms set forth above.

DATED: May 3, 2007

SEEGER SALVAS LLP

By _____
Brian Devine
Attorneys for Plaintiffs
James and Sandra Johnson

DATED: May 4, 2007

REED SMITH LLP

By _____
Molly A. Taylor
Attorneys for Defendant
Eon Labs, Inc.

**IT IS SO ORDERED.**

DATED: May 10, 2007

IT IS SO ORDERED
Judge Samuel Conti

By _____
HONORABLE SAMUEL CONTI
DISTRICT COURT JUDGE

# EXHIBIT A

# Filed

# Under Seal