UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES and SANDRA JOHNSON, | No. C 06-5769 SC |
| Plaintiff, | ORDER DENYING DEFENDANT'S REQUEST THAT ITS CLIENT REPRESENTATIVE BE EXCUSED FROM PERSONALLY ATTENDING ENE SESSION |
| v. | |
| EON LABS., et al. | |
| Defendants. | |

The ADR Magistrate Judge has considered Defendant's request that its client representative be excused from attending an ENE session in person on May 18, 2007. There is nothing in Defendant's request remotely approaching an adequate justification either for the non-appearance of its representative or for the tardiness of the request itself. *See* ADR Local Rule 5-10(d). Accordingly, the request is DENIED.

IT IS SO ORDERED.

Dated: May 15, 2007

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to: all parties,
WDB, ADR, Stats

1