Kenneth M. Seeger (SBN 135862)
Brian J. Devine (SBN 215198)
SEEGER SALVAS LLP
455 Market Street, Suite 1530
San Francisco, CA 94105
Telephone:    415.981.9260
Facsimile:    415.981-9266
Email: kseeger@seegersalvas.com
       bdevine@seegersalvas.com

Attorneys for Plaintiffs
James and Sandra Johnson

Steven J. Boranian (SBN 174183)
Molly A. Taylor (SBN 245985)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone:    415.543.8700
Facsimile:    415.391.8269
Email: sboranian@reedsmith.com
       mataylor@reedsmith.com

Attorneys for Defendant
Eon Labs, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHNSON, in his individual capacity and as Executor of the Estate of Mark James Johnson, deceased, and SANDRA JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>EON LABS, INC., and DOES 1 to 20, inclusive,<br><br>Defendant. | No.: C 06-05769 SC<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

1  It is hereby stipulated by and between the parties, by and through their undersigned attorneys,
2  that pursuant to Fed. R. Civ. P. 41(a)(1)(ii) Plaintiff's Complaint shall be dismissed with prejudice on
3  the merits.  Each party shall bear its own costs, fees and expenses, including attorneys' fees, in
4  connection with this voluntary dismissal. Judgment of dismissal with prejudice may be entered
5  hereon pursuant hereto without further notice.

DATED: September 12, 2007

SEEGER SALVAS LLP

By  /s/  Brian J. Devine
Brian J. Devine
Attorneys for Plaintiffs
James and Sandra Johnson

DATED: September 12, 2007

REED SMITH LLP

By  /s/  Molly A. Taylor
Molly A. Taylor
Attorneys for Defendant
Eon Labs, Inc.

### ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

DATED:    9/13/07

HONORABLE _____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Samuel Conti*